DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO E. CHOROT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2724

[May 6, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 11-013639CF10A.

Mario E. Chorot, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***